No. 800, October Term, 1967. WORLD AIRWAYS, INC., ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.; and

No. 969, October Term, 1967. AMERICAN SOCIETY OF TRAVEL AGENTS, INC. *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL., 391 U. S. 461. Motion for leave to supplement petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

NOVEMBER 20, 1968.

No. 483. VIZCARRA-DELGADILLO *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Milton T. Simmons* and *Donald L. Ungar* for petitioner. *Solicitor General Griswold* for the United States.

No. 616. STEWART ET AL. *v.* WOODWARD. Sup. Ct. R. I. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Richard P. McMahon* and *S. Everett Wilkins* for petitioners.

NOVEMBER 21, 1968.

No. 1065, Misc. VALENTI *v.* LUMBARD, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court. *John Manning Regan* on the motion. *Louis J. Lefkowitz,* Attorney General of New York, and *Jean M. Coon,* Assistant Attorney General, for respondents.